# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE BLYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, et al.,<br><br>    Defendants. | Civil Case No. 5:14-cv-2456-JGB-KK<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION REGARDING FILING AND BRIEFING OF DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED<br><br>Judge:    Hon. Jesus G. Bernal<br>Courtroom: 1 |

81885015.1

[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION

The Joint Stipulation Regarding Filing and Briefing of Defendants' Consolidated Motion to Dismiss Plaintiffs' Third Amended Complaint is hereby APPROVED.

Finding good cause therefor,

IT IS ORDERED THAT:

1. Defendants shall have 31 days from the filing of Plaintiff's third amended class action complaint (the "TAC"), up to and including September 4, 2015, to file a consolidated motion to dismiss the TAC; Plaintiff shall have up to and including October 2, 2015 to file an opposition brief; and Defendants shall have up to and including October 16, 2015 to file a reply brief. The hearing on Defendants' consolidated motion shall be set for November 9, 2015 at 9:00 a.m.

2. The page limit on Defendants' consolidated motion to dismiss the TAC shall be extended, by 5 pages, to 30 pages, the page limit on Plaintiff's opposition shall be extended by 5 pages to 30 pages, and the page limit on Defendants' consolidated reply shall be extended, by 4 pages, to 16 pages.

Dated: August 7, 2015

Honorable Jesus G. Bernal
United States District Judge

Respectfully submitted,

DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Tel:  (310) 203-4000
Fax:  (310) 229-1285

By: /s/ Sheldon Eisenberg
    Sheldon Eisenberg
Attorneys for Defendants
The Bank Of New York Mellon
Trust Company, N.A., and
SLM Private Credit Student Loan Trust 2003-B