1 | SONYA D. WINNER (SBN 200348)
2 | SWinner@cov.com
  | ASHLEY SIMONSEN (SBN 275203)
3 | ASimonsen@cov.com
4 | COVINGTON & BURLING LLP
  | One Front Street
5 | San Francisco, CA 94111
  | Telephone: (415) 591-6000
6 | Facsimile: (415) 591-6091
7 |
8 | EMILY JOHNSON HENN (SBN 269482)
  | EHenn@cov.com
9 | RANI GUPTA (SBN 296346)
10 | RGupta@cov.com
  | COVINGTON & BURLING LLP
11 | 333 Twin Dolphin Drive, Suite 700
12 | Redwood Shores, CA 94065
  | Telephone: (650) 632-4700
13 | Facsimile: (650) 632-4800
14 |
15 | Attorneys for Defendant Navient Solutions, Inc.
16 | [*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE BLYDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVIENT CORPORATION, et al.,<br><br>    Defendants. | Civil Case No.: 5:14-cv-2456-JGB-KK<br><br>**NOTICE OF FILING RE: HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date:   January 11, 2016, 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal. Ctrm. 1 |

# ADDITIONAL COUNSEL OF RECORD

SHELDON EISENBERG (SBN 100626)
sheldon.eisenberg@dbr.com
ADAM J. THURSTON (SBN 162636)
adam.thurston@dbr.com
ERIN E. MCCRACKEN (SBN 244523)
erin.mccracken@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1500
Los Angeles, CA  90067-1517
Telephone:   (310) 203-4000
Facsimile:    (310) 229-1285

Attorneys for Defendants The Bank Of New York Mellon Trust Company, N.A., in its representative capacity as Trustee for SLM Private Credit Student Loan Trust 2003-B, and SLM Private Credit Student Loan Trust 2003-B

At the hearing on Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, held January 11, 2016, the Court inquired whether defendants had provided it with a copy of Magistrate Judge Elizabeth D. Laporte's decision on defendant's motion to dismiss plaintiff's First Amended Complaint in *Ubaldi v. SLM Corporation*, Case No. 3:11 Civ. 01320 (N.D. Cal.). Because that decision was published, defendants provided the Court with a citation to it in their motion; they did not supply a copy of the order itself. *See* Dkt. No. 55 at 7, 14 n.8 (citing *Ubaldi v. SLM Corp.*, 852 F. Supp. 2d 1190 (N.D. Cal. 2012)). For the convenience of the Court, a copy of the decision is attached hereto as Exhibit A.

DATED:  January 12, 2016           COVINGTON & BURLING LLP

By:  */s/ Sonya D. Winner*
     SONYA D. WINNER

Attorneys for Defendant Navient Solutions, Inc.

DRINKER, BIDDLE & REATH LLP

By:  */s/ Sheldon Eisenberg*
     SHELDON EISENBERG

Attorneys for Defendants The Bank Of New York Mellon Trust Company, N.A., in its representative capacity as Trustee for SLM Private Credit Student Loan Trust 2003-B, and SLM Private Credit Student Loan Trust 2003-B

Local Rule 5-4.3.4 Certification:  I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Sonya D. Winner*
SONYA D. WINNER