closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE BLYDEN | ) Case No.<br>) EDCV 14-2456-JGB (KKx) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| NAVIENT CORPORATION ET AL. | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Third Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 17, 2016  _____
Jesus G. Bernal
United States District Judge

1